# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>        Plaintiff,<br>v.<br><br>**ABS-CBN INTERNATIONAL,**<br><br>        Defendant. | CIVIL ACTION NO. 2:15-cv-248-JRG<br>(LEAD CASE) |
| v. **GAIAM, INC.** | CIVIL ACTION NO. 2:15-cv-252-JRG<br>(CONSOLIDATED) |

## ORDER

The Stipulated Motion for Dismissal with Prejudice (Dkt. No. 51) of all claims asserted between Plaintiff Orostream LLC and Defendant Gaiam, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Orostream LLC and Defendant Gaiam, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 18th day of May, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE